

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: John Mattera                    Docket Number: 1:12CR00127-01 (RJS)

Sentencing Judge: Honorable Richard J. Sullivan, U.S. Circuit Judge

Date of Original Sentence: June 21, 2013

Original Offense: **Count 1:** Conspiracy to Commit Securities Fraud and Wire Fraud in Violation of 18 U.S.C. 371, a Class D Felony
**Count 2:** Securities Fraud in Violation of 15 U.S.C. 78j(b) and 78ff, 17 CFR 240.10b-5, a Class C Felony
**Count 3:** Wire Fraud in Violation of 18 U.S.C. 1343, a Class C Felony
**Count 4:** Money Laundering in Violation of 18 U.S.C. 1956, a Class C Felony

Original Sentence One Hundred and Thirty-Two Months' (132) imprisonment (60 months on Count One and 132 months on Counts 2, 3 and 4) all Counts to run concurrently); Four (4) year's Supervised Release (all Counts to run concurrently.)

Type of Supervision: Supervised Release Date Supervision Commenced: March 12, 2021

---

### PETITIONING THE COURT TO ISSUE A WARRANT

The supervisee has not complied with the following conditions of supervision:

**Nature of Noncompliance**

1. FROM AT LEAST IN OR ABOUT MARCH 2021, THROUGH AT LEAST IN OR ABOUT FEBRUARY 2024, THE SUPERVISEE COMMITTED A FEDERAL CRIME SECURITIES FRAUD, IN VIOLATION OF 15 U.S.C. 78J(B) & 17CFR 240.10B-5, 18 USC 2, A CLASS C FELONY, IN THAT HE ENGAGED IN A SCHEME TO DEFRAUD INVESTORS IN PREIPO CORPORATION, A PRIVATE COMPANY HE CONTROLLED THAT PURPORTED TO BE DEVELOPING A PLATFORM THAT INVESTORS AND BROKER-DEALERS COULD USE TO TRADE IN PRIVATELY HELD COMPANIES EXPECTED TO GO PUBLIC IN THE NEAR FUTURE. MANDATED CONDITION, GRADE B VIOLATION.

Mattera, John                                                                                    62940-ME

2.  FROM AT LEAST IN OR ABOUT MARCH 2021, THROUGH IN OR ABOUT FEBRUARY 2024, IN SOUTHERN DISTRICT OF NEW YORK AND ELSEWHERE, THE SUPERVISEE COMMITTED A FEDERAL CRIME WIRE FRAUD, IN VIOLATION OF 18 U.S.C. 1343 & 2, A CLASS C FELONY, IN THAT HE KNOWINGLY DEVISED AND INTENDED TO DEVISE A SCHEME AND ARTIFICE TO DEFRAUD, AND FOR OBTAINING MONEY AND PROPERTY BY MEANS OF FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS, AND PROMISES, TRANSMITTED AND CAUSED TO BE TRANSMITTED BY MEANS OF WIRE COMMUNICATION IN INTERSTATE AND FOREIGN COMMERCE. MANDATED CONDITION, GRADE B VIOLATION.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Joshua Sparks
Chief U.S. Probation Officer

Michael Estreicher
U.S. Probation Officer

Approved By:

David T. Mulcahy
Supervisory U.S. Probation Officer

DATE: March 1, 2024

Mattera, John

62940-ME
Docket No.: 1:12CR00127-01 (RJS)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[✓] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

_____
Signature of Judicial Officer

March 1, 2024
_____
Date

Mattera, John                                                                                      62940-ME

AO 442 (Rev. 11/11) Arrest Warrant

---

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | )    24mj08112 WM |
| | ) |
| vs. | ) |
| | )   Case No. 1:12CR00127-01 (RJS) |
| | ) |
| John Mattera | ) |
| | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay John Mattera, who is accused of an offense or violation based on the following document filed with the court:

 X  Supervised Release Violation Petition

This offense is briefly described as follows:

CONDUCT OUTLINED IN THE ABOVE PETITION.

Date:  March 1, 2024                                              
*Issuing officer's signature*

City and state: New York, NY      Honorable Richard J. Sullivan U.S. Circuit Judge
                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____           _____<br>                                      *Arresting officer's signature* |
| City and state: _____     _____<br>                                        *Printed name and title* |